Jana.

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

LUIS ALBERTO TORRES TORRES and all )
others similarly situated under 29 U.S.C. )
216(b), )
                                  )        15-cv-24473-Gayles/Turnoff
              Plaintiff, )
  vs. )
)
L & R STRUCTURAL CORP., INC., a/k/a )
L&R STRUCTURAL, INC., )
HI-RITE WOODS I INC, )
CARLOS MARQUEZ, )
DAVID SONCK, )
)
              Defendants. )



### SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
DAVID SONCK
9050 SW 157th Place
Miami, FL 33196

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                J.H. Zidell, Esq.
                J.H. Zidell P.A.
             300 71ST Street, Suite 605
            Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 4, 2015

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Valerie Kemp
Deputy Clerk
U.S. District Courts



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-24473

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DAVID SENUK

was received by me on *(date)* 1/4/16

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* ANA (WIFE), a person of suitable age and discretion who resides there,
on *(date)* 1/8/16, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 1/8/16

Server's signature

Frank Ayllon
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: