UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-CV-24473-GAYLES/TURNOFF

LUIS ALBERTO TORRES TORRES and all )
others similarly situated under 29 U.S.C. )
216(B), )
 )
        Plaintiff, )
 )
vs. )
 )
L& R STRUCTURAL CORP., INC., a/k/a )
L&R STRUCTURAL, INC., )
HI-RITE WOODS I INC, )
CARLOS MARQUEZ, )
DAVID SONCK, )
 )
        Defendants. )
_____ )

## JOINT SCHEDULING REPORT

Pursuant to Southern District of Florida Local Rule 16.1 and the Court's Order [D.E. 16] entered on February 09, 2016, Counsel for Plaintiff, Allyson Kutner Morgado, Esq. and Counsel for Defendants L&R Structural Corp., Inc., a/k/a L&R Structural, Inc. and Carlos Marquez, Mark J. Neuberger, Esq. conferred on February 18, 2016 and now file this Joint Scheduling Report in the above styled action and show the Court as follows:

### ELEMENTS REQUIRED BY LOCAL RULE 16.1

**(A) The likelihood of settlement;**

As the Parties are in the initial stages of gathering information and require additional information, the Parties have not yet initiated settlement discussions in this matter. The parties will, throughout the progress of the case, discuss settlement and make reasonable, good faith efforts to resolve this matter without the Court's assistance.

**(B) A discussion of the likelihood of appearance in the action of additional parties;**

As the identity of other claimants comes to light, Plaintiff may add additional parties.

**(C) Proposed limits on time:**

**(i) Join other parties and amend the pleadings.**

April 1, 2016.

**(ii) Complete Discovery**

The Parties propose that this case be assigned to a Standard Case Management Track. Accordingly, the Parties propose that discovery be completed by May 1, 2016.

**(D) Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses;**

The Parties are unable to eliminate any claims or defenses at this point in time but will endeavor to do so in order to simplify the issues, including the elimination of frivolous claims or defenses.

**(E) The necessity or desirability of amendments to the pleadings;**

Plaintiff may desire to amend pleadings to add parties. Defendants may also desire to amend their pleadings based on the results of discovery, which may reveal additional affirmative defenses and potential counterclaims.

**(F) A discussion of possible admissions of fact of possible stipulations regarding the authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence;**

The Parties will endeavor to stipulate to facts and admissions of documents and electronically stored information such as to avoid the unnecessary proof at trial. However, at this point in time, the Parties are unable to stipulate to any facts.

**(G) Suggestions for the avoidance of unnecessary proof and of cumulative evidence;**

The Parties do not have any specific suggestions at this time, but will endeavor to limit unnecessary proof of facts to which the parties stipulate.

**(H) Suggestions on the advisability of referring matters to a Magistrate Judge or master:**

None, although the Parties recognize that discovery matters are generally referred to the Magistrate Judge as a matter of course.

**(I)  A preliminary estimate of the time required for trial;**

The Parties estimate that this will be a 2-3 day trial.

**(J) Any other information that might be helpful to the Court.**

The Parties agree to the attached proposed Scheduling Order with a trial date on or after September 6, 2016.

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J(3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized her to affix her electronic signature to this Joint Scheduling Report.

Respectfully Submitted,

Dated:  2/19/2016

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Attorneys for Plaintiff

By: /s/ *Allyson Kutner Morgado*
Allyson Kutner Morgado, Esq.
Florida Bar Number: 91506
Email: amorgado.jhzidell@gmail.com

Dated: 2/19/2016

Foley & Lardner LLP
One Biscayne Tower
2 S. Biscayne Boulevard
Suite 1900
Miami, Florida 33131
Tel: (305) 482-8400
Fax: (305) 482-8600
Attorneys for L&R Structural Corp., Inc.,
a/k/a L&R Structural, Inc. and Carlos Marquez

By: /s/ *Mark J. Neuberger*
Mark J. Neuberger, Esq.
Florida Bar Number 0982024
Email: mneuberger@foley.com
Larry S Perlman, Esq.
Florida Bar Number: 91934
Email: lperlman@foley.com