UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-CV-24473-GAYLES/TURNOFF

LUIS ALBERTO TORRES TORRES and all )
others similarly situated under 29 U.S.C. )
216(b), )
                                                                     )
                Plaintiff, )
   vs. )
                                                                     )
L & R STRUCTURAL CORP., INC., a/k/a )
L&R STRUCTURAL, INC., )
HI-RITE WOODS I INC, )
CARLOS MARQUEZ, )
DAVID SONCK, )
                                                                     )
                Defendants. )
_____ )

## STATEMENT OF CLAIM

Plaintiff, by and through the undersigned counsel and files his Statement of Claim and states as follows

Period of time: February 1, 2012 – December 14, 2014

- Number of Weeks in Period: 149 Weeks
- Average Hours: 60
- Rate of Pay: $12.00 per hour
- Overtime Rate: $6.00
- Overtime Claimed: (149 weeks * 20 hours per week * 6.00 overtime rate) = $17,880.00
- Liquidated Damages Claimed: $$17,880.00.

Page **1** of **3**

- Total Amount Claimed: ($17,880.00 + $17,880.00) = **$35,760.00  + Attorneys Fees and Costs**

Dated this 2nd day of March, 2016.

                                                      Respectfully Submitted,

                                                      J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:  /s/ Allyson Kutner Morgado
Allyson Kutner Morgado
Florida Bar Number: 91506

Case 1:15-cv-24473-DPG   Document 22   Entered on FLSD Docket 03/02/2016   Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that as of March 2, 2016 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF on all counsel or parties of record in the Service List below.

                                          Respectfully Submitted,

                                          J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Allyson Kutner Morgado
Allyson Kutner Morgado
Florida Bar Number: 91506

**SERVICE LIST**

**Larry S Perlman**
Foley & Lardner LLP
One Biscayne Tower
2 S. Biscayne Boulevard
Suite 1900
Miami, FL 33131
3054828400
Fax: 3054828600
Email: lperlman@foley.com