UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LUIS ALBERTO TORRES TORRES

PLAINTIFF(S)

CASE NUMBER
1:15−cv−24473−DPG

v.

L &R STRUCTURAL CORP., INC., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**David Sonck**

as of course, on the date March 16, 2016.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  _/s/ Autumn Sandoval_
Deputy Clerk

cc:  Judge Darrin P. Gayles
     Luis Alberto Torres Torres