UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-CV-24473-GAYLES/TURNOFF

LUIS ALBERTO TORRES TORRES and
all others similarly situated under 29
U.S.C. 216(b),

    Plaintiff,

vs.

L & R STRUCTURAL CORP., INC., a/k/a
L & R STRUCTURAL, INC., HI-RITE
WOODS I, INC., CARLOS MARQUEZ,
DAVID SONCK,

    Defendants.
_____/

## DEFENDANTS', HI-RITE WOODS I, INC. and DAVID SONCK, DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 7.1

COME NOW the Defendants, HI-RITE WOODS I, INC. and DAVID SONCK, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 of the Federal Rules of Civil Procedure, files its Disclosure Statement and states that Hi-Rite Woods I, Inc. is a Florida corporation and is not owned by any corporate entities.

Dated: March 16, 2016                         Respectfully submitted,

                                                          DAVID S. TUPLER, P.A.
                                                           9900 Stirling Road, Suite 243
                                                           Cooper City, Florida 33024
                                                            954-364-6263
                                                           davidstupler@aol.com

                                                           By:/s/David S. Tupler_____
                                                              DAVID S. TUPLER, ESQUIRE
                                                              FLORIDA BAR NO.: 608300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered electronically via CM/ECF to all counsel or parties of record in the Service List below on March 16, 2016.

                                                                Respectfully submitted,

DAVID S. TUPLER, P.A.
Attorney for Defendants
HI-RITE WOODS I, INC. and
DAVID SONCK
9900 Stirling Road, Suite 243
Cooper City, Florida 33024
954-364-6263
davidstupler@aol.com

By: /s/David S. Tupler
    DAVID S. TUPLER, ESQUIRE
    FLORIDA BAR NO.: 608300

## SERVICE LIST

Rivka F. Jaff, Esquire
Attorneys for Plaintiff
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami Beach, FL 33141
305-865-6766
Email: rivka.jaff@gmail.com

Larry S. Perlman, Esquire
Mark J. Neuberger, Esquire
Attorneys for Defendants L & R and MARQUEZ
Foley & Lardner, LLP
One Biscayne Tower
2 S. Biscayne Blvd., Suite 1900
Miami, FL 33131
305-482-8400
Email: lperlman@foley.com
       mneuberger@foley.com