UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-CV-24473-GAYLES/TURNOFF

LUIS ALBERTO TORRES TORRES and
all others similarly situated under 29
U.S.C. 216(b),

    Plaintiff,

vs.

L & R STRUCTURAL CORP., INC., a/k/a
L & R STRUCTURAL, INC., HI-RITE
WOODS I, INC., CARLOS MARQUEZ,
DAVID SONCK,

    Defendants.
_____/

## DEFENDANTS', HI-RITE WOODS I, INC. and DAVID SONCK, INITIAL DISCLOSURE

COME NOW the Defendants, HI-RITE WOODS I, INC. and DAVID SONCK, by and through their undersigned counsel, and make this their Initial Disclosure pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and Local Rule 16.1B.

1.    As Defendants continue to obtain further information and documents through discovery and trial preparation, Defendants reserve the right to supplement and/or amend these disclosures as necessary and appropriate. The following includes witnesses, all of which Defendants may call to trial, and Defendants reserve the right to supplement as discovery proceeds.

2.    a)    Plaintiff, LUIS ALBERTO TORRES TORRES c/o Plaintiff's counsel.

    b)    Defendant, DAVID SONCK, c/o Defendant's counsel.

  c)  Defendant, HI-RITE WOODS I, INC., c/o Defendant's counsel.

  d)  Defendant, L & R STRUCTURAL CORP., INC. a/k/a L & R STRUCTURAL, INC., c/o Defendant's counsel.

  e)  Defendant, CARLOS MARQUEZ, c/o Defendant's counsel.

  LUIS LEDEZMA - Manager - expected to have testimony regarding Defendants' duties and hours, who will need to be deposed. (305-562-9076)

  DAVID (Last name unknown) - Manager - expected to have testimony regarding Defendants' duties and hours. (contact info unknown)

  MANUEL (Last name unknown) - Manager - expected to have testimony regarding Defendants' duties and hours. (786-239-4696)

  ALDO (Last name unknown) - Coworker - expected to have testimony regarding Defendants' duties and hours. (786-955-7973)

  JONATHAN (Last name unknown) - Supervisor - expected to have testimony regarding Defendants' duties and hours. (contact info unknown)

  GUSTAVO (Last name unknown) - Supervisor - expected to have testimony regarding Defendants' duties and hours. (contact info unknown)

  Those persons listed in Plaintiff's initial disclosures served or to be served, and any other persons identified in Defendants' discovery or identified in other pleadings, motions or depositions.

  3.  The only documents Defendant has are tax returns for Hi-Rite Woods I, Inc. for the years 2012, 2013 and 2014.

Dated: March 16, 2016                                     Respectfully submitted,

                                                          DAVID S. TUPLER, P.A.
                                                          9900 Stirling Road, Suite 243
                                                          Cooper City, Florida 33024
                                                          954-364-6263
                                                          davidstupler@aol.com

                                                          By:/s/David S. Tupler
                                                             DAVID S. TUPLER, ESQUIRE
                                                             FLORIDA BAR NO.: 608300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered electronically via CM/ECF to all counsel or parties of record in the Service List below on March 16, 2016.

                                                          Respectfully submitted,

                                                          DAVID S. TUPLER, P.A.
                                                          Attorney for Defendants
                                                          HI-RITE WOODS I, INC. and
                                                          DAVID SONCK
                                                          9900 Stirling Road, Suite 243
                                                          Cooper City, Florida 33024
                                                          954-364-6263
                                                          davidstupler@aol.com

                                                          By:/s/David S. Tupler
                                                             DAVID S. TUPLER, ESQUIRE
                                                             FLORIDA BAR NO.: 608300

## SERVICE LIST

Rivka F. Jaff, Esquire
Attorneys for Plaintiff
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami Beach, FL 33141
305-865-6766
Email: rivka.jaff@gmail.com

Larry S. Perlman, Esquire
Mark J. Neuberger, Esquire
Attorneys for Defendants L & R and MARQUEZ
Foley & Lardner, LLP
One Biscayne Tower
2 S. Biscayne Blvd.,Suite 1900
Miami, FL 33131
305-482-8400
Email:  lperlman@foley.com
          mneuberger@foley.com